UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Hattie Knuckles,<br><br>             Plaintiff,<br><br>     v.<br><br>Steven Ray Fryatt, RaceTrac Petroleum, Inc., John Doe d/b/a Buckets of Beer, John Doe d/b/a Buckets Cafe, Christopher K. Haynes, Christopher K. Haynes d/b/a Buckets of Beer, Christopher K. Haynes d/b/a Buckets Cafe, Buckets Café, LLC, John Doe, and/or John Doe Corporation,<br><br>             Defendants. | C/A No. 7:06-3053-GRA<br><br>ORDER<br>(Written Opinion) |

    Defendant RaceTrac Petroleum, Inc. has made a motion to remand this case to the state court on the grounds that this Court lacks subject matter jurisdiction. The Court plans to hear evidence on this issue in late March. In the interest of judicial economy, the Court finds it is best to delay discovery until the issue of subject matter jurisdiction has been determined.

    Therefore, IT IS HEREBY ORDERED that the parties need not abide by the deadlines set forth in the Amended Conference and Scheduling Order signed by this Court on January 17, 2007. The Court will enter a new scheduling order, if necessary, after a decision is made on the motion to remand.

    IT IS SO ORDERED.

                                                                                        _____
                                                                                        G. ROSS ANDERSON, JR.
February 23, 2007                                                      UNITED STATES DISTRICT JUDGE
Anderson, South Carolina